## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | **Marketing Resource Group, Inc.** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | **Toland Home Garden** |
| **3. Debtor's federal Employer Identification Number (EIN)** | **2 0 – 5 5 3 5 8 5 3** |

**4. Debtor's address**

**Principal place of business**

**26296 Twelve Trees Ln NW, Ste 100**
Number      Street

**Poulsbo, WA 98370-9435**
City                                State      ZIP Code

**Kitsap**
County

**Mailing address, if different from principal place of business**

_____
Number      Street

_____
City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number      Street

_____
City                          State      ZIP Code

**5. Debtor's website (URL)**  _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 24-11394-CMA    Doc 1    Filed 06/04/24    Ent. 06/04/24 09:51:31    Pg. 1 of 59

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

    **4   2   3   9**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                   MM / DD / YYYY

        District _____ When _____ Case number _____
                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor **Mad About Gardening, LLC**    Relationship **Wholly Owned by Minority Shareholder/President of Debtor**

        District **Western District of Washington**    When _____
                                                        MM / DD / YYYY

        Case number, if known

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>     What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>     Number      Street<br><br>     _____<br><br>     _____   _____   _____<br>     City        State   ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>           Contact name _____<br>           Phone _____ |

---

■   **Statistical and administrative information**

---

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| **15. Estimated assets** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/04/2024**
        MM/ DD/ YYYY

**X**   **/s/ Bruce W. Solly**              **Bruce W. Solly**
Signature of authorized representative of debtor      Printed name

Title        **President**

**18. Signature of attorney**

**X**   **/s/ Kathryn P. Scordato**     Date **06/04/2024**
Signature of attorney for debtor           MM/ DD/ YYYY

**Kathryn P. Scordato**
Printed name

**Scordato Law, PLLC**
Firm name

**PO Box 1962**
Number      Street

**Seattle**          **WA**     **98111-1962**
City             State     ZIP Code

**(206) 223-9595**        **kathryn@scordatolaw.com**
Contact phone           Email address

**41922**          **WA**
Bar number          State

Debtor **Marketing Resource Group, Inc.**
Name

Case number *(if known)*

## Additional Page

10. Continued

Debtor **Bruce Solly and Traci Tanner**

Relationship **President and Minority Shareholder of Debtor**

District **Western District of Washington**

When _____
MM / DD / YYYY

Case number, if known _____

Debtor Name  **Marketing Resource Group, Inc.**

United States Bankruptcy Court for the: _____**Western**_____  District of  _____**Washington**_____
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** | _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Banner Bank** | **Checking account** | 0  0  0  0 | $48,232.38 |
| 3.2. **First Federal Bank** | **Checking account** | ___ ___ ___ ___ | $545.43 |

4. **Other cash equivalents** *(Identify all)*

| 4.1 | _____ |
| 4.2 | _____ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$48,777.81**

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

7.1  **Landlord**                                                                                       $17,784.69

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

     8.1 _____     _____

     8.2 _____     _____

9.   **Total of Part 2**                                                                            $17,784.69

     Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

10.  **Does the debtor have any accounts receivable?**

     ☐ No. Go to Part 4.

     ☑ Yes. Fill in the information below.

                                                                                      **Current value of
                                                                                      debtor's interest**

11.  **Accounts receivable**

     11a. 90 days old or less:   **$433,875.07**   -   **$376,585.91**   =.....➡     $57,289.16
                                 face amount            doubtful or uncollectible accounts

     11b. Over 90 days old:      **$1,014,680.78**  -   **$1,014,680.78**  =.....➡         $0.00
                                 face amount            doubtful or uncollectible accounts

12.  **Total of Part 3**                                                                            $57,289.16

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---|---|

13.  **Does the debtor own any investments?**

     ☑ No. Go to Part 5.

     ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

     14.1 _____     _____     _____

     14.2 _____     _____     _____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses,
     including any interest in an LLC, partnership, or joint venture**

     Name of entity:                      % of
                                          ownership:

     15.1 _____     _____     _____     _____

     15.2 _____     _____     _____     _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____    _____    _____

    16.2 _____    _____    _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                 | _____ |

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No. Go to Part 6.

    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| Raw Materials | MM / DD / YYYY | unknown | | $309,891.34 |
| 20. **Work in progress** | | | | |
| Work in Progress | MM / DD / YYYY | unknown | | $11,446.13 |
| 21. **Finished goods, including goods held for resale** | | | | |
| Finished Goods | MM / DD / YYYY | unknown | | $242,825.76 |
| 22. **Other inventory or supplies** | | | | |
| Other Misc. Materials - Not Specifically Itemized | MM / DD / YYYY | unknown | | $58,763.68 |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.             | $622,926.91 |

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes. Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

---

**27.**    **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.**   **Crops—either planted or harvested** <br> _____ | _____ | _____ | _____ |
| **29.**   **Farm animals** *Examples:* Livestock, poultry, farm-raised fish <br> _____ | _____ | _____ | _____ |
| **30.**   **Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | _____ | _____ | _____ |
| **31.**   **Farm and fishing supplies, chemicals, and feed** <br> _____ | _____ | _____ | _____ |
| **32.**   **Other farming and fishing-related property not already listed in Part 6** <br> _____ | _____ | _____ | _____ |

**33.**   **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.                          _____

**34.**   **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

**35.**   **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.   Book value _____   Valuation method _____   Current value _____

**36.**   **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.**   **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38.**   **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | **Warehouse Racks** | **$22,462.00** | | **$22,462.00** |
| | **Office Furniture, including 2 customer service desks and chairs, 8 standing desks and stools, and additional misc. furniture of any kind** | **$13,911.98** | | **$13,911.98** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Flag Production Equipment, including 15 printers, 4 presses, 2 air compressors, folding machine, and sewing machine** | **$48,832.83** | | **$48,832.83** |
| | **Office Equipment, including 19 desktop computers, digital camera and lenses, droids, and television** | **$33,095.63** | | **$33,095.63** |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 _____ | | | |
| | 42.2 _____ | | | |
| | 42.3 _____ | | | |
| 43. | **Total of Part 7** <br> Add lines 39 through 42. Copy the total to line 86. | | | **$118,302.44** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

    47.1 _____    _____    _____    _____

    47.2 _____    _____    _____    _____

    47.3 _____    _____    _____    _____

    47.4 _____    _____    _____    _____

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____    _____    _____    _____

    48.2 _____    _____    _____    _____

49. **Aircraft and accessories**

    49.1 _____    _____    _____    _____

    49.2 _____    _____    _____    _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    _____    _____    _____    _____

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.                      _____

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**

    ☑ No. Go to Part 10.

    ☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | _____ | _____ | _____ |
| 55.2 _____ | _____ | _____ | _____ | _____ |
| 55.3 _____ | _____ | _____ | _____ | _____ |

| | | | | |
|---|---|---|---|---|
| 55.4 _____ | _____ | _____ | _____ | _____ |
| 55.5 _____ | _____ | _____ | _____ | _____ |
| 55.6 _____ | _____ | _____ | _____ | _____ |

**56.**   **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

☐ [Total box]

**57.**   **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58.**   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 10:**    Intangibles and intellectual property

**59.**   **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**   **Patents, copyrights, trademarks, and trade secrets** | | | |
| _____ | _____ | _____ | _____ |
| **61.**   **Internet domain names and websites** | | | |
| **tolandhomegarden.com** | **unknown** | | **unknown** |
| **62.**   **Licenses, franchises, and royalties** | | | |
| **Software licenses, including Microsoft Office, Sonic Wall, and VAI Operating System** | **$11,417.38** | | **unknown** |
| **63.**   **Customer lists, mailing lists, or other compilations** | | | |
| **Mailing List and Customer Database** | **$5,000.00** | | **$5,000.00** |
| **64.**   **Other intangibles, or intellectual property** | | | |
| _____ | _____ | _____ | _____ |
| **65.**   **Goodwill** | | | |
| _____ | _____ | _____ | _____ |

**66.**   **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

**$5,000.00**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

 ☐ No
 ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

 ☑ No
 ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

 ☑ No
 ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

 Include all interests in executory contracts and unexpired leases not previously reported on this form.

 ☐ No. Go to Part 12.
 ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

 Description (include name of obligor)

 _____ _____ – _____ = ➡ _____
  Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

 Description (for example, federal, state, local)

 **NOL Available for Carry Overs from 2019 to present** _____ Tax year _____ **$1,501,652.00**

73. **Interests in insurance policies or annuities**

 _____ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

 _____ _____

 **Nature of claim** _____

 **Amount requested** _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

 _____ _____

 **Nature of claim** _____

 **Amount requested** _____

76. **Trusts, equitable or future interests in property**

 _____ _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    **Leasehold Improvements** _____    $68,507.19

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.    $1,570,159.19

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $48,777.81 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $17,784.69 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $57,289.16 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $622,926.91 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $118,302.44 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.*........................➔ | | |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $5,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,570,159.19 | |
| 91. **Total.** *Add lines 80 through 90 for each column*............91a. | $2,440,240.20 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................... | | $2,440,240.20 |

Fill in this information to identify the case:

Debtor name **Marketing Resource Group, Inc.**

United States Bankruptcy Court for the: _____ **Western** _____ District of _____ **Washington** _____
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** _____ **$1,004,470.48**

Case 24-11394-CMA     Doc 1     Filed 06/04/24     Ent. 06/04/24 09:51:31     Pg. 15 of 59

| Debtor | **Marketing Resource Group, Inc.** | Case number (if known) _____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1**

**Creditor's name**

**First Federal Savings & Loan**

**Creditor's mailing address**

**PO Box 351**

**Port Angeles, WA 98362-0055**

**Creditor's email address, if known**

_____

**Date debt was incurred**     **12/11/2020**

**Last 4 digits of account**     **0  6  1  1**
**number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**See continuation page.**

**Describe debtor's property that is subject to a lien**

Banner Bank, First Federal Bank, 90 Days Old or Less, Finished Goods, Flag Production Equipment, including 15 printers, 4 presses, 2 air compressors, folding machine, and sewing machine, Mailing List and Customer Database, Notes, Office Equipment, including 19 desktop computers, digital camera and lenses, droids, and television, Office Furniture, including 2 customer service desks and chairs, 8 standing desks and stools, and additional misc. furniture of any kind, Over 90 days Old, Other Misc. Materials - Not Specifically Itemized, Raw Materials, Software licenses, including Microsoft Office, Sonic Wall, and VAI Operating System, tolandhomegarden.com, Leasehold Improvements, Work in Progress, Warehouse Racks, Landlord, NOL Available for Carry Overs from 2019 to present

$508,790.73      $2,440,240.20

**Describe the lien**

**UCC Lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Remarks:** Loan made through the Main Street Lending Program

Case 24-11394-CMA     Doc 1     Filed 06/04/24     Ent. 06/04/24 09:51:31     Pg. 16 of 59

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|
| | | | Amount of claim | Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** Amount of claim
Do not deduct the value of collateral.

**Column B** Value of collateral that supports this claim

**2.2** Creditor's name

**US Small Business Administration**

Creditor's mailing address

**CESC - COVID EIDL Service Center**

**14925 Kingsport Rd**

**Fort Worth, TX 76155-2243**

Creditor's email address, if known

_____

Date debt was incurred    **5/29/2019**

Last 4 digits of account number    **7  4  0  2**

Do multiple creditors have an interest in the same property?

☐ No

☑ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

Describe debtor's property that is subject to a lien

Banner Bank, 90 Days Old or Less, Finished Goods, First Federal Bank, Mailing List and Customer Database, Over 90 days Old, Flag Production Equipment, including 15 printers, 4 presses, 2 air compressors, folding machine, and sewing machine, Office Equipment, including 19 desktop computers, digital camera and lenses, droids, and television, Office Furniture, including 2 customer service desks and chairs, 8 standing desks and stools, and additional misc. furniture of any kind, Landlord, Leasehold Improvements, Other Misc. Materials - Not Specifically Itemized, Raw Materials, Software licenses, including Microsoft Office, Sonic Wall, and VAI Operating System, Warehouse Racks, Work in Progress, NOL Available for Carry Overs from 2019 to present, tolandhomegarden.com

Describe the lien

**UCC Lien**

Is the creditor an insider or related party?

☑ No

☐ Yes

Is anyone else liable on this claim?

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**$495,679.75**        **$2,440,240.20**

| Part 1: | Additional Page |
|---|---|

**2.1**   **Creditor's name**

**First Federal Savings & Loan**

**Specify each creditor, including this creditor, and its relative priority.**

For Banner Bank: 1) US Small Business Administration; **2) First Federal Savings & Loan**; For First Federal Bank: 1) US Small Business Administration; **2) First Federal Savings & Loan**; For 90 Days Old or Less: 1) US Small Business Administration; **2) First Federal Savings & Loan**; For Finished Goods: 1) US Small Business Administration; **2) First Federal Savings & Loan**; For Flag Production Equipment, including 15 presses, 4 presses, 2 air compressors, folding machine, and sewing machine: 1) US Small Business Administration; **2) First Federal Savings & Loan**; For Mailing List and Customer Database: 1) US Small Business Administration; **2) First Federal Savings & Loan**; For Office Equipment, including 19 desktop computers, digital camera and lenses, droids, and television: 1) US Small Business Administration; **2) First Federal Savings & Loan**; For Office Furniture, including 2 customer service desks and chairs, 8 standing desks and stools, and additional misc. furniture of any kind: 1) US Small Business Administration; **2) First Federal Savings & Loan**; For Over 90 days Old: 1) US Small Business Administration; **2) First Federal Savings & Loan**; For Other Misc. Materials - Not Specifically Itemized: **1) First Federal Savings & Loan**; 2) US Small Business Administration; For Raw Materials: **1) First Federal Savings & Loan**; 2) US Small Business Administration; For Software licenses, including Microsoft Office, Sonic Wall, and VAI Operating System: **1) First Federal Savings & Loan**; 2) US Small Business Administration; For tolandhomegarden.com: **1) First Federal Savings & Loan**; 2) US Small Business Administration; For Leasehold Improvements: **1) First Federal Savings & Loan**; 2) US Small Business Administration; For Work in Progress: **1) First Federal Savings & Loan**; 2) US Small Business Administration; For Warehouse Racks: **1) First Federal Savings & Loan**; 2) US Small Business Administration; For Landlord: **1) First Federal Savings & Loan**; 2) US Small Business Administration; For NOL Available for Carry Overs from 2019 to present: **1) First Federal Savings & Loan**; 2) US Small Business Administration

Case 24-11394-CMA    Doc 1    Filed 06/04/24    Ent. 06/04/24 09:51:31    Pg. 18 of 59

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **First Federal Savings and Loan**<br>**105 W 8th St**<br>**Port Angeles, WA 98362-6031** | Line 2. **1** | __ __ __ __ |
| **US Attorney's Office**<br>**Attn: Civil Process Clerk**<br>**700 Stewart St Room 5220**<br>**Seattle, WA 98101** | Line 2. **2** | __ __ __ __ |
| **US Small Business Administration**<br>**409 3rd St SW**<br>**Washington, DC 20416** | Line 2. **2** | __ __ __ __ |
| **US Small Business Administration**<br>**2401 4th Ave Ste 400**<br>**Seattle, WA 98121** | Line 2. **2** | __ __ __ __ |
| **US Small Business Administration**<br>**10737 Gateway Blvd W Ste 300**<br>**El Paso, TX 79935-4910** | Line 2. **2** | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ _____ _____ | Line 2. ___ | __ __ __ __ |

Debtor name     **Marketing Resource Group, Inc.**

United States Bankruptcy Court for the:

**Western District of Washington**

Case number (if known): _____

☐ Check if this is an
   amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.** **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

**Internal Revenue Service**

**PO Box 7346**

**Philadelphia, PA 19101-7346**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **unknown**     Priority amount: **unknown**

**2.2**   Priority creditor's name and mailing address

**Kitsap County Treasurer**

**614 Division St, Mail Stop 32**

**Port Orchard, WA 98366-4614**

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

_____

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$311.52**     Priority amount: **$311.52**

**Part 1:** Additional Page

---

**2.3** | Priority creditor's name and mailing address

**WA Dept. of Labor and Industries**

**Collections**

**PO Box 44171**

**Olympia, WA 98504-4171**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:
**Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown          unknown

---

**2.4** | Priority creditor's name and mailing address

**WA Dept. of Revenue**

**Bankruptcy/Claims Unit**

**2101 4th Ave Ste 1400**

**Seattle, WA 98121-2379**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:
**Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown          unknown

---

**2.5** | Priority creditor's name and mailing address

**WA Employment Security Dept.**

**UI Tax Admin**

**PO Box 9046**

**Olympia, WA 98507-9046**

Date or dates debt was incurred

Last 4 digits of account
number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the Claim:
**Notice Only**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown          unknown

---

Case 24-11394-CMA    Doc 1    Filed 06/04/24    Ent. 06/04/24 09:51:31    Pg. 22 of 59

Debtor **Marketing Resource Group, Inc.**
Name

Case number *(if known)* _____

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

**3.1** Nonpriority creditor's name and mailing address

**American Express**

**PO Box 981535**

**El Paso, TX 79998-1535**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

**$82,541.14**

**3.2** Nonpriority creditor's name and mailing address

**Apanage Corporation**

**26296 Twelve Trees Ln NW Ste B**

**Poulsbo, WA 98370-9435**

Date or dates debt was incurred **March to May, 2024**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **Past Due Rent**

Is the claim subject to offset?
☒ No
☐ Yes

**$55,670.86**

**3.3** Nonpriority creditor's name and mailing address

**Banner Bank**

**PO Box 2181**

**WallaWalla, WA 99362-0181**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

**$19,979.96**

**3.4** Nonpriority creditor's name and mailing address

**Elan Financial Services**

**Umpqua Bank Visa**

**PO Box 6353**

**Fargo, ND 58125-6353**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

**$19,979.96**

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**Harris & Wakayama PLLC**

**211 Taylor St Ste 404b**

**Port Townsend, WA 98368-5773**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$160.00

---

**3.6** Nonpriority creditor's name and mailing address

**Hawkers Club USA**

**625 W Adams St**

**Chicago, IL 60661-3603**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$577.67

---

**3.7** Nonpriority creditor's name and mailing address

**ID Technology, LLC**

**PO Box 73419**

**Cleveland, OH 44193-0002**

Date or dates debt was incurred **4/1/24**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$1,070.93

---

**3.8** Nonpriority creditor's name and mailing address

**Mathews Electric Corp**

**PO Box 309**

**Port Gamble, WA 98364-0309**

Date or dates debt was incurred **3/20/24**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$763.95

---

## Part 2: Additional Page

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $425.52 |

**3.9**

Nonpriority creditor's name and mailing address

**Nedco**

**7173 Covington Hwy Ste G**

**Lithonia, GA 30058-7616**

Date or dates debt was incurred    **4/4/24**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$425.52

---

**3.10**

Nonpriority creditor's name and mailing address

**Puget Sound Energy**

**PO Box 91269**

**Bellevue, WA 98009-9269**

Date or dates debt was incurred    **5/20/24**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset?
☑ No
☐ Yes

$4,338.76

---

**3.11**

Nonpriority creditor's name and mailing address

**Toland International Ltd**

**14/F Yale Industrial Centre**

**61-63 Au Pui Wan St Fotan, Shatin HK**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$1,020,872.62

---

**3.12**

Nonpriority creditor's name and mailing address

**Uline Shipping Supplies**

**PO Box 88741**

**Chicago, IL 60680-1741**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

$3,558.35

Case 24-11394-CMA    Doc 1    Filed 06/04/24    Ent. 06/04/24 09:51:31    Pg. 25 of 59

| Part 2: | Additional Page |

---

**3.13** | Nonpriority creditor's name and mailing address

**UPS**

**Attn: Bankruptcy Dept**

**PO Box 809488**

**Chicago, IL 60680-9488**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,499.25

---

**3.14** | Nonpriority creditor's name and mailing address

**VAI Cloud, LLC**

**120 Cormac St**

**Ronkonkoma, NY 11779**

Date or dates debt was incurred    **March to May, 2024**

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,900.64

---

**3.15** | Nonpriority creditor's name and mailing address

**Vormittang Associates, Inc.**

**120 Cormac St**

**Ronkonkoma, NY 11779**

Date or dates debt was incurred    **4/1/24 and 5/1/24**

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,652.14

---

**3.16** | Nonpriority creditor's name and mailing address

**Waste Management of PNW**

**Credit/Collections Department**

**PO Box 43290**

**Phoenix, AZ 85080**

Date or dates debt was incurred    **5/20/24**

Last 4 digits of account number    ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vendor

**Is the claim subject to offset?**
☑ No
☐ Yes

$908.14

---

| Part 2: | Additional Page |
| --- | --- |

| **3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,226.88 |
| --- | --- | --- | --- |

**3.17** Nonpriority creditor's name and mailing address

**WCP Solutions**

**23200 64th Ave S**

**Kent, WA 98032-1845**

Date or dates debt was incurred **4/30/24**

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: **$1,226.88**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Vendor**

Is the claim subject to offset?
☑ No
☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1  **UPS**<br><br>**28013 Network Pl**<br><br>**Chicago, IL 60673-1280** | Line **3.13**<br><br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2  **UPS Corporate Headquarters**<br><br>**Attn: Bankruptcy Dept**<br><br>**55 Glenlake Pkwy**<br><br>**Atlanta, GA 30328-3474** | Line **3.13**<br><br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3  **UPS Supply Chain Solutions**<br><br>**Attn: Bankruptcy Dept**<br><br>**12380 Morris Rd**<br><br>**Alpharetta, GA 30005-4616** | Line **3.13**<br><br>☐ Not listed. Explain _____ | __ __ __ __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | $311.52 |
| 5b. | **Total claims from Part 2** | 5b. | + $1,248,126.77 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $1,248,438.29 |

Fill in this information to identify the case:

Debtor name **Marketing Resource Group, Inc.**

United States Bankruptcy Court for the:

**Western District of Washington**

Case number (if known): _____ Chapter **7**

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases 12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. Does the debtor have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | **Commercial Real Estate** | **Apanage Corporation** |
| | **Contract to be REJECTED** | **26296 Twelve Trees Ln NW Ste B** |
| State the term remaining | **0 months** | **Poulsbo, WA 98370-9435** |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

Case 24-11394-CMA    Doc 1    Filed 06/04/24    Ent. 06/04/24 09:51:31    Pg. 30 of 59

Fill in this information to identify the case:

Debtor name **Marketing Resource Group, Inc.**

United States Bankruptcy Court for the: **Western** District of **Washington**
(State)

Case number (If known):

☐ Check if this is an amended filing

<u>Official Form 206H</u>

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| 1. | Does the debtor have any codebtors? |
|----|-------------------------------------|
|    | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
|    | ☑ Yes |

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Solly, Bruce Warren** | **1630 NW Nassau Ct** <br> Street <br><br> **Poulsbo, WA 98370-9408** <br> City        State        ZIP Code | **US Small Business Administration** <br><br> **First Federal Savings & Loan** | ☑ D <br> ☐ E/F <br> ☐ G <br> ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 | | Street <br><br><br> City        State        ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | | Street <br><br><br> City        State        ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | | Street <br><br><br> City        State        ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | *Check all schedules that apply:* |
| 2.5 | _____ | Street _____ _____ City   State   ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |
| 2.6 | _____ | Street _____ _____ City   State   ZIP Code | _____ | ❏ D<br>❏ E/F<br>❏ G |

Official Form 206H          **Schedule H: Codebtors**          page __2__ of __2__

| | | YTD |
|---|---|---|
| **Revenue** | | |
| SALES-FLAGS | 41110.0000 | 500,974.47 |
| SALES-MATS | 41120.0000 | 149,596.77 |
| SALES-GARDEN DECOR | 41130.0000 | (30.20) |
| SALES-ACCESSORIES | 41140.0000 | 12,673.13 |
| SALES-WINDSOCKS | 41150.0000 | 493.00 |
| SALES-PILLOWS | 41160.0000 | 40,858.68 |
| FREIGHT INVOICED | 45000.0000 | 0.00 |
| **Gross Sales** | | 704,565.85 |
| | | |
| Discounts-Standard/Promo | 43000.0000 | (1,766.21) |
| DISCOUNTS-AMAZON | 43010.0000 | (11,487.07) |
| DAMAGE ALLOWANCE AMAZON | 42050.0000 | (15,934.41) |
| **Sales Discounts and Allowances** | | (29,187.69) |
| **Net Sales** | | 675,378.16 |
| | | |
| **Cost of Sales** | | |
| COG-FLAGS | 51110.0000 | 132,965.01 |
| COG-MATS | 51120.0000 | 80,396.64 |
| COG-ACCESSORIES | 51140.0000 | 4,567.45 |
| COG-RAW MATERIALS | 50500.0000 | 82,429.87 |
| COGS-WINDSOCKS | 51150.0000 | 351.36 |
| COG-PILLOWS | 51160.0000 | 23,266.19 |
| PURCHASE PRICE VARIANCE-FLAGS | 55100.0000 | 229.03 |
| PURCHASE PRICE VARIANCE-MATS | 55110.0000 | (0.53) |
| PURCHASE PRICE VARIANCE-OTHER | 55130.0000 | (0.86) |
| ROYALTIES - ARTIST | 54450.0000 | 4,814.77 |
| SAMPLES | 54700.0000 | 184.42 |
| FREIGHT IN | 55500.0000 | 260.33 |
| FREIGHT-CUSTOMER | 56000.0000 | 19,415.06 |
| FREIGHT-AMAZON | 56010.0000 | 45,689.39 |
| FREIGHT-FBA | 56015.0000 | 0.00 |
| DAMAGED/EXPIRED INVENTORY | 54550.0000 | 0.00 |
| POSTAGE & SHIPPING | 61700.0000 | 21,499.18 |
| CHARGEBACKS-AMAZON | 42075.0000 | 2,920.80 |
| DAMAGED-MANUFACTURED | 42000.0000 | 2,365.56 |
| DAMAGED-PURCHASED | 42025.0000 | 46.10 |

| | | |
|---|---|---|
| SHORTAGE-AMAZON | 42080.0000 | 5,856.50 |
| **Cost of Sales** | | 427,256.27 |
| **Gross Profit** | | 248,121.89 |

**Operating Expenses**

**S,G & A Expenses**

**Selling Expenses** 0.00

| | | |
|---|---|---|
| WAGES & SALARIES-ADMIN | 65100.0000 | 149,940.54 |
| WAGES & SALARIES -PRODUCTION | 65115.0000 | 105,402.45 |
| PAYROLL TAX ER -ADMIN | 65200.0000 | 16,083.88 |
| PAYROLL TAX ER - PRODUCTION | 65215.0000 | 12,454.13 |
| EMPLOYER PAYROLL TAX EXPENS | 65130.0000 | 3,511.31 |
| GROUP MEDICAL INSURANCE | 65220.0000 | 31,900.03 |
| BENEFITS ADMINISTRATION | 65240.0000 | 150.00 |
| CONTRACT LABOR | 54250.0000 | 260.48 |
| L.E.A.N-L.I.I.T TRAINING & EXP | 63450.0000 | 0.00 |
| RENT | 61575.0000 | 109,135.06 |
| UTILITIES-POWER | 63900.0000 | 23,402.74 |
| UTILITIES-GARBAGE | 61900.0000 | 4,923.40 |
| REPAIRS & MAINTENANCE | 61550.0000 | 763.95 |
| TELEPHONE-OFFICE | 61750.0000 | 757.20 |
| WEBSITE SERVICE CHARGE | 61530.0000 | 15,266.99 |
| INTERNET | 61525.0000 | 2,477.22 |
| TECHNICAL SUPPORT | 61125.0000 | 24,448.67 |
| ACCOUNTING | 61175.0000 | 8,680.44 |
| LEGAL | 61150.0000 | 2,998.00 |
| INSURANCE | 61400.0000 | 1,684.35 |
| LICENSES | 61450.0000 | 535.00 |
| BANK/COLLECTION CHARGES | 66200.0000 | 1,209.32 |
| SHOPIFY CC CHARGES | 61200.0000 | 891.23 |
| BAD DEBT | 61050.0000 | (380.00) |
| B&O + OTHER BUSINESS TAXES | 61250.0000 | 7,986.64 |
| MEALS & ENTERTAINMENT | 61800.0000 | 4,653.79 |
| TRAVEL | 61850.0000 | 1,875.65 |
| AUTO EXPENSE | 61875.0000 | 1,750.89 |
| BANNER CREDIT CARD EXPENSE | 66850.0000 | 3,239.00 |
| MARKETING AMAZON | 63210.0000 | 37,443.95 |
| MARKETING FEES | 63200.0000 | 9,059.58 |
| EQUIPMENT EXPENSE | 64000.0000 | 9,747.62 |
| EQUIPMENT SUPPLIES | 61975.0000 | 0.00 |
| PACKAGING SUPPLIES NON-BOM | 61950.0000 | 41,277.80 |
| OFFICE EXPENSES | 61500.0000 | 8,325.12 |
| GROUP DENTAL | 65230.0000 | 3,587.51 |

| | | |
|---|---|---:|
| EMPLOYEE 401K MATCH | 57300.0000 | 3,254.58 |
| WAREHOUSE EQUIP LEASE | 61945.0000 | 281.00 |
| MARKETING/CO-OP AMAZON | 63250.0000 | 51,901.67 |
| FAIRE FEES | 66855.0000 | 2,193.41 |
| LEASE-RELATED DEPR EXP | 61300.0000 | 741.00 |
| EQUIPMENT DEPR EXP | 61310.0000 | 2,637.00 |
| SOFTWARE DEPR EXP | 61350.0000 | 795.00 |

**General & Administrative**        707,247.60

**Income From Operations**        (459,125.71)

**Other Income/(Expense)**

| | | |
|---|---|---:|
| INTEREST EXPENSE | 99200.0000 | (21,071.43) |
| FED INCOME TAX EXPENSE-ACCR | 99500.0000 | 89,809.44 |

**Other Income/(Expense)**        68,738.01

**Net Income**        (390,387.70)

Fill in this information to identify the case:

Debtor name        **Marketing Resource Group, Inc.**

United States Bankruptcy Court for the:
                   **Western District of Washington**

Case number (if known): _____  Chapter ___7___

☐ Check if this is an
   amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:** Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
       Copy line 88 from *Schedule A/B*........................................................................................

   | | $0.00 |

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.....................................................................................

   | | $2,440,240.20 |

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.......................................................................................

   | | $2,440,240.20 |

**Part 2:** Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | | $1,004,470.48 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................

   | | $311.52 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

   | + | $1,248,126.77 |

4. **Total liabilities**...........................................................................................................
   Lines 2 + 3a + 3b

   | | $2,252,908.77 |

Fill in this information to identify the case:

Debtor name     **Marketing Resource Group, Inc.**

United States Bankruptcy Court for the:

    **Western District of Washington**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From **01/01/2024** to   Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$704,565.85** |
| **For prior year:**   From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,577,193.38** |
| **For the year before that:**   From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,791,334.38** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**   From **01/01/2024** to   Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:**   From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | |
| **For the year before that:**   From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | **Employee Retention Credit** | **$219,384.73** |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **First Federal Savings & Loan**<br>Creditor's name<br><br>**PO Box 351**<br>Street<br><br><br>**Port Angeles, WA 98362-0055**<br>City          State     ZIP Code | **March 10, 2024 to Present** | **$508,790.73** | ☑ Secured debt<br>❑ Unsecured loan repayments<br>❑ Suppliers or vendors<br>❑ Services<br>❑ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Bruce Solly**<br>Creditor's name<br><br>**1630 NW Nassau Ct**<br>Street<br><br><br>**Poulsbo, WA 98370-9408**<br>City          State     ZIP Code | **Semimonthly** | **$108,527.62** | **Payroll/Compensation** |

**Relationship to debtor**

**President**

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor **Marketing Resource Group, Inc.**
Name

Case number *(if known)*

5.1. _____
Creditor's name

Street

City        State    ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ Creditor's name  Street  City State ZIP Code | XXXX– __ __ __ __ | | |

---

**Part 3:** Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☑ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. _____ **Case number** _____ | _____ | Name  Street  City State ZIP Code | ☐ Pending ☐ On appeal ☐ Concluded |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

8.1.

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | |
| _____ | **Case title** | **Court name and address** |
| Street | _____ | Name |
| _____ | | _____ |
| _____ | **Case number** | Street |
| City   State   ZIP Code | _____ | _____ |
| | **Date of order or assignment** | City   State   ZIP Code |
| | _____ | |

---

**Part 4: Certain Gifts and Charitable Contributions**

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City   State   ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| _____ | | | |

---

**Part 5: Certain Losses**

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss — If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | _____ |

---

**Part 6: Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Scordato Law, PLLC** | **Attorney's Fee** | **5/7/2024** | **$2,500.00** |
| | Address | **Filing Fee** | **5/7/2024** | **$338.00** |
| | **PO Box 1962** | | | |
| | Street | | | |
| | **Seattle, WA 98111-1962** | | | |
| | City            State     ZIP Code | | | |
| | Email or website address | | | |
| | **kathryn@scordatolaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |

**Address**

_____
Street

_____

_____
City            State    ZIP Code

**Relationship to debtor**

_____

---

## Part 7:  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| | |

14.1. _____        From _____  To _____
    Street

_____

_____
City            State    ZIP Code

---

## Part 8:  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

15.1. _____
    Facility name

_____        **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider.        **How are records kept?**
Street

_____                                                              *Check all that apply:*
City            State    ZIP Code                                                      ☐ Electronically

                                              ☐ Paper

Debtor **Marketing Resource Group, Inc.**  Case number *(if known)* _____
_____
Name

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. **Name, address, and email address** _____

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **ADP Retirement Services Plan #307093** | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☑ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City      State    ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Case 24-11394-CMA    Doc 1    Filed 06/04/24    Ent. 06/04/24 09:51:31    Pg. 43 of 59

Debtor  **Marketing Resource Group, Inc.** _____  Case number *(if known)* _____

Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State     ZIP Code | | | |

---

**Part 12:** Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | Name _____ | _____ | ☐ Pending |
| **Case number** | Street _____ | _____ | ☐ On appeal |
| _____ | _____ | _____ | ☐ Concluded |
| | City    State   ZIP Code | _____ | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City   State   ZIP Code | City    State   ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| _____ | _____ | _____ | |
| City   State   ZIP Code | City    State   ZIP Code | _____ | |

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Debtor | **Marketing Resource Group, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State     ZIP Code | _____<br><br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____  To _____ |

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **Cori Boyd**<br>Name<br>**112 Cressey Ln**<br>Street<br><br>**Port Ludlow, WA 98365-8210**<br>City          State     ZIP Code | From **2012**   To **Present** |
| 26a.2. **Jan Kallshian**<br>Name<br>**20133 33rd Ave NE**<br>Street<br><br>**Arlington, WA 98223-4249**<br>City          State     ZIP Code | From **2010**   To **Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. **Cori Boyd**<br>Name<br>**112 Cressey Ln**<br>Street<br><br>**Port Ludlow, WA 98365-8210**<br>City          State     ZIP Code | From **2012**   To **Present** |
| 26b.2. **Jan Kallshian**<br>Name<br>**20133 33rd Ave NE**<br>Street<br><br>**Arlington, WA 98223-4249**<br>City          State     ZIP Code | From **2010**   To **Present** |

| Name and address | Dates of service |
|---|---|
| 26b.3. **Bruce Solly** | From **2006** To **Present** |
| Name | |
| **1630 NW Nassau Ct** | |
| Street | |
| | |
| **Poulsbo, WA 98370-9408** | |
| City                    State                    ZIP Code | |

| Name and address | Dates of service |
|---|---|
| 26b.4. **Will Cheung, KTC Partners CPA Ltd** | From **2021** To **Present** |
| Name | |
| **9 Science Museum Rd** | |
| Street | |
| | |
| **Tsimshatsui, East Kowloon, Hong Kong,** | |
| City                    State                    ZIP Code | |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| **Bruce Solly** | _____ |
| Name | _____ |
| **1630 NW Nassau Ct** | _____ |
| Street | |
| | |
| **Poulsbo, WA 98370-9408** | |
| City                    State                    ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Toland International Ltd** |
| Name |
| **61-63 Au Pui Wan St Fotan, Shatin HK** |
| Street |
| **14/F Yale Industrial Centre** |
| |
| City                    State                    ZIP Code |

| Name and address |
|---|
| 26d.2. **Kiu Hung Industries, Ltd** |
| Name |
| **61-63 Au Pui Wan St Fotan, Shatin HK** |
| Street |
| **14/F Yale Industrial Centre** |
| |
| City                    State                    ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Jeanie Hannigan | 12/31/2023 | $1,381,432.00 |

| Name and address of the person who has possession of inventory records |
|---|

27.1. **Cori Boyd**
Name

**26296 Twelve Trees Ln NW Ste 100**
Street

**Poulsbo, WA 98370-9435**
City        State        ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bruce Solly | 1630 NW Nassau Ct Poulsbo, WA 98370-9408 | President, Minority Shareholder | 49.00% |
| Danny Hui | Best Ever Developments Ltd 14/F Yale Industrial Centre 61-63 Au Pui Wan St, Fotan, Shatin, HK | , Majority Shareholder | 51.00% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
|  |  | , | From _____ <br> To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. **Bruce Solly** _____ Name | **$108,527.62** | **Semimonthly** | **Payroll/Compensation** |
| **1630 NW Nassau Ct** _____ Street | | | |
| **Poulsbo, WA 98370-9408** City          State          ZIP Code | | | |
| Relationship to debtor | | | |
| **Minority Shareholder/President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN:  __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN:  __ __ – __ __ __ __ __ __ __ |

---

**Part 14:**  Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **06/04/2024**
                  MM/  DD/  YYYY

**X** **/s/ Bruce W. Solly** _____          Printed name _____     **Bruce W. Solly** _____
        Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____     **President** _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

**United States Bankruptcy Court**
**Western District of Washington**

In re  **Marketing Resource Group, Inc.**

Debtor(s)

Case No. _____

Chapter _____**7**_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____**Marketing Resource Group, Inc.**_____ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Best Ever Developments, Ltd.**
**61-63 Au Pui Wan St**
**Fotan, Shatin**
**Hong Kong**

☐ None [*Check if applicable*]

_____**06/04/2024**_____
Date

_____**/s/ Kathryn P. Scordato**_____

**Kathryn P. Scordato**
Signature of Attorney or Litigant
Counsel for  __**Marketing Resource Group, Inc.**__
**Bar Number: 41922**
**Scordato Law, PLLC**
**PO Box 1962**
**Seattle, WA 98111-1962**
**Phone: (206) 223-9595**
**Email: kathryn@scordatolaw.com**

1

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON
## SEATTLE DIVISION

IN RE:                                                    CHAPTER **7**

**Marketing Resource Group, Inc.**

DEBTOR(S)                                                 CASE NO

### LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Bruce W. Solly** 1630 NW Nassau Ct. Poulsbo, WA 98370 | | 49% | |
| **Best Ever Developments Ltd** 61-63 Au Pui Wan St Fotan, Shatin Hong Kong | | 51% | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **President** _____ of the _____ **Nonpublic Corporation** _____ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **06/04/2024** _____     Signature: **/s/ Bruce W. Solly** _____
                                                        *Bruce W. Solly, President*

# United States Bankruptcy Court
## Western District of Washington

**In re**   Marketing Resource Group, Inc.

Case No. _____

**Debtor**                                          Chapter _____ **7** _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☑ **FLAT FEE**

For legal services, I have agreed to accept ........................................................................................   **$2,500.00**

Prior to the filing of this statement I have received ...............................................................................   **$2,500.00**

Balance Due ........................................................................................................................................   **$0.00**

☐ **RETAINER**

For legal services, I have agreed to accept and received a retainer of ..................................................   _____

The undersigned shall bill against the retainer at an hourly rate of .......................................................   _____
[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and
expenses exceeding the amount of the retainer.

2.    The source of the compensation paid to me was:

☑ Debtor            ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☑ Debtor            ☐ Other (specify)

4.    ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

     c.     Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.     By agreement with the debtor(s), the above-disclosed fee does not include the following services:

The "no look" fee does not include the following services:
i. Responding to any motions regardless of the filing party, including, but not limited to, the following: Motion for Relief from Stay, Motion to Abandon Property, and Motion for Redemption of Property
ii. Adversary Proceedings of any kind
iii. Responding to and/or Representation at Bankruptcy Rule 2004 Examinations
iv. Amendments to Bankruptcy Schedules or Statements after filing
v. Preparation and/or Review of Reaffirmation Agreements
vi. Services Related to Recovery of Garnished Funds and/or Motions or Adversary Proceedings for Turnover of Estate Property
vii. Judgment Lien Avoidance or Lien Stripping
viii. Reopening of the Bankruptcy Case for any reason, including for entry of discharge
ix. Adding additional creditors to a filed bankruptcy case
x. Any other miscellaneous motion or adversary matter not described above.

---

CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **06/04/2024** | **/s/ Kathryn P. Scordato** |
|---|---|
| *Date* | Kathryn P. Scordato |
| | *Signature of Attorney* |

Bar Number: 41922
Scordato Law, PLLC
PO Box 1962
Seattle, WA 98111-1962
Phone: (206) 223-9595

**Scordato Law, PLLC**
*Name of law firm*

---

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

IN RE: **Marketing Resource Group, Inc.**

CASE NO

CHAPTER **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    **06/04/2024**      Signature    **/s/ Bruce W. Solly**

Bruce W. Solly, President

American Express
PO Box 981535
El Paso, TX 79998-1535


Apanage Corporation
26296 Twelve Trees Ln NW Ste B
Poulsbo, WA 98370-9435


Banner Bank
PO Box 2181
WallaWalla, WA 99362-0181


Elan Financial Services
Umpqua Bank Visa
PO Box 6353
Fargo, ND 58125-6353


First Federal Savings & Loan
PO Box 351
Port Angeles, WA 98362-0055


First Federal Savings and
Loan
105 W 8th St
Port Angeles, WA 98362-6031


Harris & Wakayama PLLC
211 Taylor St Ste 404b
Port Townsend, WA 98368-5773


Hawkers Club USA
625 W Adams St
Chicago, IL 60661-3603

ID Technology, LLC
PO Box 73419
Cleveland, OH 44193-0002


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Po Box 7346
Philadelphia, PA 19101-7346


King Co. Treasury
201 S Jackson St Ste 710
Seattle, WA 98104-3854


Kitsap County Treasurer
614 Division St, Mail Stop 32
Port Orchard, WA 98366-4614


Mathews Electric Corp
PO Box 309
Port Gamble, WA 98364-0309


Nedco
7173 Covington Hwy Ste G
Lithonia, GA 30058-7616


Puget Sound Energy
PO Box 91269
Bellevue, WA 98009-9269

Bruce Warren Solly
1630 NW Nassau Ct
Poulsbo, WA 98370-9408


Toland International Ltd
14/F Yale Industrial Centre
61-63 Au Pui Wan St Fotan, Shatin HK


Uline Shipping Supplies
PO Box 88741
Chicago, IL 60680-1741


UPS
Attn: Bankruptcy Dept
PO Box 809488
Chicago, IL 60680-9488


UPS
28013 Network Pl
Chicago, IL 60673-1280


UPS Corporate Headquarters
Attn: Bankruptcy Dept
55 Glenlake Pkwy
Atlanta, GA 30328-3474


UPS Supply Chain Solutions
Attn: Bankruptcy Dept
12380 Morris Rd
Alpharetta, GA 30005-4616


US Attorney's Office
Attn: Civil Process Clerk
700 Stewart St Room 5220
Seattle, WA 98101

US Attorney's Office
Attn: Bankruptcy Assistant
700 Stewart St Room 5220
Seattle, WA 98101


US Small Business
Administration
CESC - COVID EIDL Service Center
14925 Kingsport Rd
Fort Worth, TX 76155-2243


US Small Business
Administration
409 3rd St SW
Washington, DC 20416


US Small Business
Administration
2401 4th Ave Ste 400
Seattle, WA 98121


US Small Business
Administration
10737 Gateway Blvd W Ste 300
El Paso, TX 79935-4910


VAI Cloud, LLC
120 Cormac St
Ronkonkoma, NY 11779


Vormittang Associates, Inc.
120 Cormac St
Ronkonkoma, NY 11779


WA Dept. of Labor and
Industries
Collections
PO Box 44171
Olympia, WA 98504-4171

WA Dept. of Labor and
Industries
Collections
Po Box 44171
Olympia, WA 98504-4171

WA Dept. of Revenue
Bankruptcy/Claims Unit
2101 4th Ave Ste 1400
Seattle, WA 98121-2379

WA Employment Security
Dept.
UI Tax Admin
PO Box 9046
Olympia, WA 98507-9046

WA Employment Security
Dept.
UI Tax Admin
Po Box 9046
Olympia, WA 98507-9046

WA Office of the Attorney
General
Bankruptcy & Collections Unit
800 5th Ave Ste 2000
Seattle, WA 98104-3188

Waste Management of PNW
Credit/Collections Department
PO Box 43290
Phoenix, AZ 85080

WCP Solutions
23200 64th Ave S
Kent, WA 98032-1845